Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**         **FORM 3**

Pitts Enterprises, Inc.

                              **Plaintiff,**

   **v.**

**UNITED STATES,**

                              **Defendant.**

**S U M M O N S**

**Court No. 23-00234**

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.  Pitts Enterprises, Inc., importer of record of covered merchandise and party to Enforce and Protect Act ("EAPA")  investigation, 19 U.S.C. § 1517

   (Name and standing of plaintiff)

2.  CBP EAPA Case No. 7711 re: Certain Chassis and Subassemblies Thereof From China CBP Notice of Determination as to Evasion (May 23, 2023) and CBP Determination pursuant to administrative review H332952 (Sept. 28, 2023)

   (Brief description of contested determination)

3.  May 23, 2023 and September 28, 2023

   (Date of determination)

4.  Unpublished

   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/Emily Lawson

Signature of Plaintiff's Attorney

November 6, 2023

   Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Emily Lawson
APPLETON LUFF
1700 Seventh Ave., Ste 2100
Seattle, WA 98101
(206) 357-8522; lawson@apppletonluff.com

**SEE REVERSE SIDE**