## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PITTS ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CIMC INTERMODAL EQUIPMENT, LLC, <br><br> Defendant-Intervenor. | **Court No. 23-00234** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Claire R. Kelly.

Dated at New York, New York, this 7th day of July, 2025.

                                                              /s/ Mark A. Barnett  
                                                               Mark A. Barnett  
                                                               Chief Judge